# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS,<br><br>               Plaintiff,<br><br>   v.<br><br>BRUE, et.al.,<br><br>               Defendants.<br>_____/ | CASE NO. 1:07-CV-00121 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CASE FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER<br><br>(Doc. 7) |

      Plaintiff Keith Thomas, a state prisoner, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On February 27, 2008, the Magistrate Judge filed Findings and Recommendations herein which was served on plaintiff and which contained notice to the plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. More than thirty days have passed and plaintiff has not filed timely objections to the Findings and Recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 27, 2008, are adopted in full; and

2. This action is HEREBY DISMISSED based on plaintiff's failure to obey the court's order of February 1, 2007.

IT IS SO ORDERED.

**Dated:    April 14, 2008**                              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE